

## United States District Court
## Eastern District of California

| SANDRA LINVILLE | |
|---|---|
| Plaintiff(s) | Case Number: 2:25-cv-03615-DMC |

V.

| IT BY DESIGN, INC., et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael J Slocum _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
IT by Design, Inc. and Sukhwinder Singh Kaila

On  12/30/2003  (date), I was admitted to practice and presently in good standing in the Supreme Court of New Jersey  (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____

Date: 12/30/2025       Signature of Applicant: /s/ Michael J. Slocum



**Pro Hac Vice Attorney**

Applicant's Name: Michael J. Slocum

Law Firm Name: GREENBERG TRAURIG, LLP

Address: 500 Campus Drive, Suite 400

City: Florham Park   State: NJ   Zip: 07932

Phone Number w/Area Code: (973) 360-7900

City and State of Residence: Randolph, NJ 07869

Primary E-mail Address: slocumm@gtlaw.com

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Lindsay Hutner

Law Firm Name: GREENBERG TRAURIG, LLP

Address: 101 Second Street, Suite 2200

City: San Francisco   State: CA   Zip: 94105

Phone Number w/Area Code: (415) 655-1300   Bar #: 238998

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1.5.2026

_____
JUDGE, U.S. DISTRICT COURT