**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA LINVILLE, | No.  2:25-cv-3615-DMC |
| Plaintiff, | |
| v. | ORDER |
| IT BY DESIGN., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action.  The matter was initially filed in state court and removed to this Court on December 15, 2025.  See ECF No. 1.  No District Judge has been assigned.

On December 16, 2025, the Court issued an initial scheduling order for cases assigned to a Magistrate Judge under Appendix A to the Court's local rules.  See ECF No. 4.  That order directed all parties to file with the Court a consent election form indicating whether they would consent to assignment of the matter to a Magistrate Judge for all purposes.  See id. at 2.  The consent election forms were due within 14 days after removal on December 15, 2025.  See id.  To date, more than 14 days have passed since the matter was removed and no party has filed a consent election form as required by the Court's initial scheduling order.  The parties will, therefore, be directed to show cause why appropriate sanctions should not be imposed for failure to comply with the Court's order.  The filing of a consent election form within the time provided

1

below to respond to this order to show cause will constitute a sufficient response.

Accordingly, IT IS HEREBY ORDERED that the parties shall each show cause in writing within 14 days of the date of this order why sanctions should not be imposed for failure to comply with the Court's December 16, 2025, initial scheduling order.


Dated:  April 9, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE